IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MIKE SORG                                                                                                PLAINTIFF
ADC # 113043

v.                                        2:15CV00179-JM-JJV

BUTLER, Doctor; *et al.*                                                                       DEFENDANTS

## ORDER

Having reviewed Plaintiff's Amended Complaint (Doc. No. 4) for screening purposes,[1] the Court concludes that service is appropriate for Defendant Butler.

IT IS, THEREFORE, ORDERED that the Clerk of Court shall prepare Summons for Defendant Butler, and the United States Marshall shall serve a copy of the Amended Complaint (Doc. No. 4), Summons, and this Order on him without prepayment fees or costs or security therefore. Service for this Defendant should be through Humphries, Odum and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612.

DATED this 23rd day of November, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).