IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MIKE SORG                                                                                         PLAINTIFF
ADC # 113043

v.                                          2:15CV00179-JM-JJV

BUTLER, Doctor; *et al*.                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.[1]

IT IS, THEREFORE, ORDERED that:

1. Defendants Does and Arkansas Department of Correction be DISMISSED without prejudice due to Plaintiff's failure to state viable claims against them.

SO ORDERED this 8th day of December, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In Plaintiff's objections, Plaintiff asks that the "names signed to the grievances" be added to his claims. Plaintiff fails to allege how each personally violated his rights. Further, a prison official's denial of grievances is insufficient to impose liability under § 1983. *See Rowe v. Norris*, 198 Fed. Appx. 579(8th Cir.2006). Accordingly, Plaintiff's request is denied.