**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MIKE SORG                                                                                                      PLAINTIFF
ADC # 113043

v.                                                          2:15CV00179-JM

BUTLER, Doctor; *et al*.                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1) Defendant Butler's Motion for Summary Judgment (Doc. No. 25) is GRANTED.

2) This cause of action is DISMISSED with prejudice.

SO ORDERED this 11th day of July, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE